FILED

APR 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBINSON GALAPIN LAT, | No. 07-73464 |
| Petitioner, | Agency No. A037-966-882 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Robinson Galapin Lat, a native and citizen of the Philippines, petitions for

review of the Board of Immigration Appeals' ("BIA") order sustaining the

government's appeal from an immigration judge's decision granting Lat

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

cancellation of removal for legal permanent residents.  We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary denial of Lat's application for cancellation of removal.  *See* 8 U.S.C. § 1252(a)(2)(B)(i).

We also lack jurisdiction over Lat's constitutional challenges to 8 U.S.C. § 1252(a)(2)(B)(i), because in light of our precedent the claims are not colorable. *See De Mercado v. Mukasey*, 566 F.3d 810, 816 (9th Cir. 2009); *Kalaw v. INS*, 133 F.3d 1147, 1152 (9th Cir. 1997), *superseded by statute on other grounds as stated in Trejo-Mejia v. Holder*, 593 F.3d 913, 915 (9th Cir. 2010).

**PETITION FOR REVIEW DISMISSED.**